In the Matter of MILES F. McDONALD, District Attorney of Kings County, Respondent, against NATHAN R. SOBEL, Individually and as County Judge of Kings County, et al., Appellants, et al., Defendants.

Argued September 29, 1947; decided November 13, 1947.

*Irwin N. Wilpon* for appellant.

*Miles F. McDonald, District Attorney (Solomon A. Klein* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.